FRANCIS G. BARNES, as Administrator of the Estate of HAR-MON H. FISHER, Deceased, Respondent, *v.* THE CITY OF BUFFALO, Appellant, Impleaded with Another.

*Barnes* v. *City of Buffalo*, 128 App. Div. 916, affirmed.
(Argued January 20, 1910; decided February 8, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 19, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by defendant's negligence.

*Harry D. Sanders* and *Louis E. Desbecker* for appellant.

*A. C. McCall* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.